**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KEVIN MONTIEL,** | ) | NO. SACV 15-01157-JLS (KS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **K. HOLLAND,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   July 6, 2016

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE